[No. 21624-8-II.    Division Two.    October 10, 1997.]

MOLLY L. LEWIS, *Appellant,* v. VIACOM CABLE, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 96-2-08686-5, Thomas Felnagle, J., entered January 10, 1997. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Bridgewater, A.C.J., and Hunt, J.

[No. 21253-6-II.    Division Two.    October 10, 1997.]

DICKSON-MCFERRAN PROPERTIES, *Respondent,* v. GEORGE C. MACKIE, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 93-2-07420-0, Waldo F. Stone, J., entered September 27, 1996. *Affirmed* by unpublished opinion per Alexander, J. Pro Tem., concurred in by Houghton, C.J., and Morgan, J.

[No. 36789-7-I.    Division One.    October 13, 1997.]

THE STATE OF WASHINGTON, *Respondent,* v. REMUS GERALD JORDAN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 94-1-03253-1, JoAnne Alumbaugh, J., entered June 9, 1995. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Kennedy, A.C.J., and Grosse, J.

[No. 36926-1-I.    Division One.    October 13, 1997.]

THE STATE OF WASHINGTON, *Respondent,* v. HAROLD EUGENE MULHOLLAND, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 95-1-00525-4, Joseph A. Thibodeau, J., entered June 30, 1995. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Kennedy, A.C.J., and Webster, J.